FILED ____ LODGED
____ RECEIVED ____ COPY

DEC 1 5 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

               Plaintiff,

      v.

Liana Kathryn Belli,

               Defendant.

**CR 09 1547 PHX GMS ECV**

**I N D I C T M E N T**

VIO:  18 U.S.C. § 924(a)(1)(A)
       (False Statements in Connection
       With the Acquisition of Firearms)
       (Counts 1 and 2)

       18 U.S.C. § 924(d), and 28 U.S.C.
       § 2461
       (Forfeiture Allegation)

THE GRAND JURY CHARGES:

## COUNT 1

On or about January 24, 2009, in the District of Arizona, defendant LIANA KATHRYN BELLI, in connection with the acquisition of a firearm, that is one (1) FN Herstsel, model Five-Seven, 5.7x28 mm semi-automatic pistol from AAAA Sports, whose business is located at 3656 South Maywood Lane, Littlefield, Arizona, a federally licensed firearms dealer, did knowingly make a false statement and representation with respect to the information required by Title 18, United States Code, Chapter 44, to be kept in the records of federally licensed firearms dealers, that is, defendant LIANA KATHRYN BELLI, executed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 representing that she resided at 8519 N. Invergordon Road, Paradise

Valley, Arizona, when, in truth and in fact, as defendant LIANA KATHRYN BELLI well knew, she did not reside at that address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about January 24, 2009, in the District of Arizona, defendant LIANA KATHRYN BELLI, in connection with the acquisition of a firearm, that is one (1) Glock, model 21, .45 caliber semi-automatic pistol from Arizona Firearms & Pawn, LLC, whose business is located at 1315 W. University, Tempe, Arizona, a federally licensed firearms dealer, did knowingly make a false statement and representation with respect to the information required by Title 18, United States Code, Chapter 44, to be kept in the records of federally licensed firearms dealers, that is, defendant LIANA KATHRYN BELLI, executed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 representing that she resided at 8519 N. Invergordon Road, Paradise Valley, Arizona, when, in truth and in fact, as defendant LIANA KATHRYN BELLI well knew, she did not reside at that address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

As a result of committing the offenses alleged in Counts 1 and 2 of this indictment, in violation of 18 U.S.C. § 924(a)(1), defendant, LIANA KATHRYN BELLI shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, the firearms alleged in Counts 1 and 2 of this indictment which are hereby re-alleged and incorporated by reference herein.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above described forfeitable property.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: December 15, 2009

DENNIS K. BURKE
United States Attorney
District of Arizona

S/
SABRINA D. DECOSTA
Special Assistant U.S. Attorney